**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Daniel Alberto RUEDA–NARANJO, aka Daniel Rueda, Daniel Alberto Naranjo, Defendant—Appellant.**

No. 03–10343.

D.C. No. CR–02–05452–REC.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by 9th Cir. R. 36–3.

Submitted Feb. 17, 2004.*

Decided Feb. 23, 2004.

William L. Sims, USF–Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Robert W. Rainwater, Appointed Federal Public Defender, F.P.DCA–Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Daniel Alberto Rueda–Naranjo appeals his guilty-plea conviction and 77–month sentence for being a deported alien found in the United States after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rueda–Naranjo has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Rueda–Naranjo has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.